UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT P. DILLAPLAIN,         Case No. 3:13-cv-104

Plaintiff,                    Judge Timothy S. Black

vs.

XENIA COMMUNITY SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants.

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss (Doc. 7) is **GRANTED** and Counts One, Two and portions of Court Four are **DISMISSED WITH PREJUDICE**; the Court declined to exercise supplemental jurisdiction over Plaintiff's remaining claims, and those claims are **DISMISSED WITHOUT PREJUDICE**; and the case is **CLOSED** on the Court's docket.

Date: 10/21/2013                                **JOHN P. HEHMAN, CLERK**

                                                By: *s/ M. Rogers*
                                                Deputy Clerk